No. 832. A. B. LEACH & Co., INC. v. GRANT, RECEIVER. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*Messrs. Conrad H. Poppenhusen, Edward R. Johnston,* and *Floyd E. Thompson* for petitioner. *Messrs. James P. Wilson* and *Andrew M. Henderson* for respondent.